UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,

      Plaintiff,                    CASE NO.: **24-20295-Cr-BECERRA**

      -vs-

**EULIDES OLIVEROS-LUGO, et al.**,

      Defendant.

_____/

### DEFENDANT'S THIRD WAIVER OF SPEEDY TRIAL RIGHT

      **BEFORE ME**, the undersigned authority, personally appeared **EULIDES OLIVEROS-LUGO**, who is personally known to the undersigned authority, and who first being by me duly cautioned and sworn, deposes and states as follows:

1.      My name is Eulides Oliveros-Lugo.  I am over 18 years of age, of sound mind and body, and otherwise competent to testify.

2.      I am a named Defendant in the above styled case.

3.      The information contained herein is made by me based upon my own personal knowledge, and the same is true and correct.

4.      I am currently detained at FDC-Miami, Florida.

5.      I have been informed by my attorney and I understand that I have the Right to a Speedy Trial pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §3161-3165, et Seq.

6.      I have not been promised anything or threatened by anyone in order for me to execute this Affidavit.

7.      I am signing this Affidavit knowingly, willfully, voluntarily, and of my own free will.

8.      Knowing my rights to a Speedy trial in this cause, I hereby for waive anew my right to a Speedy Trial in the above cause.

9.      I am signing this Affidavit anew under penalties of perjury and/or making of a false statement.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
**EULIDES OLIVEROS-LUGO**, Affiant

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Sworn to and subscribed anew before me by means of (XX) physical presence or (__) online notarization, this _18th_ day of November 2024, by Eulides Oliveros-Lugo.

NOTARY PUBLIC, State of Florida

Proof of identification:
__✓__ Personally known.
_____ Type of identification produced,          (Seal)
_____

JOSE R.E. BATISTA
Commission # HH 418643
Expires July 30, 2027

Page 2 of 3

Respectfully submitted,
BATISTA & BATISTA, P.A.
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida 33155
Telephone: (305) 267-5139
Facsimile: (305) 267-4108
e-mail: jrebatistalaw@gmail.com

By: /s/ *Jose' R.E. Batista*
Jose' R.E. Batista, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using CM/ECF; on this 18th day of November  2024.

/s/ *Jose' R.E. Batista*
COUNSEL