UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,

      Plaintiff,                   CASE NO.: **24-20295-Cr-BECERRA**
      -vs-

**EULIDES OLIVEROS-LUGO, et al.**,
      Defendant.
_____/

### DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHT

      **EULIDES OLIVEROS-LUGO**, by and through his undersigned counsel, hereby gives Notice to the Court that he has discussed with counsel his right to a Speedy Trial pursuant to 18 U.S.C. §3161.  Counsel and Defendant acknowledge and certify that EULIDES OLIVEROS-LUGO, acknowledges and certify that EULIDES OLIVEROS-LUGO, hereby  waives his right to a Speedy Trial pursuant to the Speedy Trial Act, 18 U.S. C. §3161, from November 18, 2024, through January 27, 2025, the next scheduled Trial Date in this cause.

DATED on December 9, 2024.

                                      _____
                                **EULIDES OLIVEROS-LUGO**, Affiant

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

      Sworn to and subscribed before me by means of (XX) physical presence or (__) online notarization, this 10th day of  December 2024, by Eulides Oliveros-Lugo.



                                        NOTARY PUBLIC, State of Florida

Proof of identification:
__✓__ Personally known.
_____ Type of identification produced,      (Seal)
_____

JOSE R.E. BATISTA
Commission # HH 418643
Expires July 30, 2027

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was filed

with the Clerk of Court using CM/ECF; on this ___10th___ day of December 2024.

/s/ *Jose' R.E. Batista*
**COUNSEL**

Respectfully submitted,
**BATISTA & BATISTA, P.A.**
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida 33155
Telephone: (305) 267-5139
Facsimile: (305) 267-4108
e-mail: jrebatistalaw@gmail.com

By:   /s/ *Jose' R.E. Batista*
**Jose' R.E. Batista, Esq.**