UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,

    Plaintiff,                                   CASE NO.: **24-20295-Cr-BECERRA**

-vs-

**EULIDES OLIVEROS-LUGO, et al.**,

    Defendant.

_____/

## DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHT

**Mr. Eulides Oliveros-Lugo**, by and through his undersigned counsel, hereby gives Notice to the Court that he has discussed with counsel his right to a Speedy Trial pursuant to 18 U.S.C. §3161. Counsel and Defendant acknowledge and certify that Mr. Eulides Oliveros-Lugo acknowledges his right to a Speedy Trial; and undersigned counsel certifies that Mr. Eulides Oliveros-Lugo hereby waives his right to a Speedy Trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161, from January 13, 2025, through March 31, 2025, or the next Trial Date in the month of April 2025.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using CM/ECF; on this 14th day of January 2025.

                                                       Respectfully submitted,

                                                       **BATISTA & BATISTA, P.A.**
                                                       Attorneys for the Defendant
                                                       7171 Coral Way, Suite 400
                                                       Miami, Florida 33155
                                                       Telephone: (305) 267-5139
                                                       Facsimile: (305) 267-4108
                                                       e-mail: jrebatistalaw@gmail.com

                                 By: /s/ *Jose' R.E. Batista*
                                                   **Jose' R.E. Batista, Esq.**