UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,

   Plaintiff,                             CASE NO.: **24-20295-Cr-BECERRA**

-vs-

**EULIDES OLIVEROS-LUGO**,

   Defendant.
_____/

## WAIVER OF SPEEDY TRIAL RIGHT

**EULIDES OLIVEROS-LUGO**, by and through his undersigned Counsel and hereby gives Notice to the Court that he has discussed with counsel his right to a Speedy Trial pursuant to the Speedy Trial Act, **18 U.S.C. §3161**.

Counsel and Defendant acknowledge and certify that **EULIDES OLIVEROS-LUGO** hereby waives his right to a Speedy Trial in this cause pursuant to the Speedy Trial Act, from July 16, 2025, through and including the next scheduled trial date on August 11, 2025.

                                                 Respectfully submitted,

                                                 **BATISTA & BATISTA, P.A.**
                                                 Attorneys for the Defendant
                                                 7171 Coral Way, Suite 400
                                                 Miami, Florida 33155
                                                 Telephone: (305) 267-5139
                                                 Facsimile: (305) 267-4108
                                                 e-mail: jrebatistalaw@gmail.com

                                     By:      **/s/ Jose' R.E. Batista**
                                                         Jose' R.E. Batista, Esq.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using CM/ECF; on this 21st day of July 2025.

**/s/ Jose' R.E. Batista**
COUNSEL