UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,

    Plaintiff,                        CASE NO.: **24-20295-Cr-BECERRA**

    -vs-

**EULIDES OLIVEROS-LUGO**,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL RIGHT

**EULIDES OLIVEROS-LUGO**, by and through his undersigned Counsel, in accordance with Defendant's Unopposed Joint Motion to Continue Trial, having been informed of his right to Speedy Trial pursuant to the Speedy Trial Act, from August 8, 2025, through and including September 22, 2025 the next scheduled trial date.

Counsel and Defendant acknowledge and certify that **EULIDES OLIVEROS-LUGO** hereby waives his rights to a Speedy Trial to a time beyond the time limits and exclusions set forth in said "Speedy Trial Act" and specifically agrees that the time period between the date of the filing of this Waiver through the end of the trial period rescheduled by the Court is to be excluded from the Speedy Trial clock, specifically August 8, 2025 through September 22, 2025.

Respectfully submitted,

**BATISTA & BATISTA, P.A.**
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida 33155
Telephone: (305) 267-5139
Facsimile: (305) 267-4108
e-mail: jrebatistalaw@gmail.com

By: */s/ Jose' R.E. Batista*
Jose' R.E. Batista, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using CM/ECF; on this 8th day of August 2025.

*/s/ Jose' R.E. Batista*
COUNSEL