UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,           CASE NO.: **24-20295-Cr-BECERRA**

-vs-

**EULIDES OLIVEROS LUGO,**

  Defendant.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD
and
FOR APPOINTMENT OF NEW CJA COUNSEL**

Due to medical reasons undersigned counsel respectfully submits this unopposed Motion to withdraw from further representation on behalf of Defendant, Eulides Oliveros Lugo, and asks this Honorable Court to appoint new CJA counsel to represent Defendant Oliveros Lugo in the case at bar. In support of this Motion, undersigned counsel states the following:

1. Due to medical reason of undersigned counsel for Mr. Oliveros Lugo; and to assure effective representation of counsel for Mr. Oliveros Lugo, undersigned counsel hereby resigns from the CJA Panel for the Southern District of Florida, effective September 19, 2024 (See attached Letter by Undersigned of CJA Counsel Resignation dated, September 19, 2025, marked as Exhibit #1), and requests this Honorable Court to allow Attorney Jose' R.E. Batista leave to withdraw as CJA counsel of record for Defendant, and to appoint a replacement CJA Counsel on behalf of Defendant, Eulides Oliveros Lugo in this cause.

2. The Change of Plea in this cause is scheduled for September 25, 2025, at 4:00 P.M.

3. Undersigned counsel respectfully requests the Court grant this Motion to Withdraw and to appoint new counsel for Mr. Eulides Lugo pursuant to the Criminal Justice Act.

1

4. Undersigned counsel has conferred with Assistant United States Attorney Yvonne Rodriguez-Schack to ascertain her position vis-à-vis this Motion, and she has informed the undersigned counsel that she does not oppose the requested relief.

**WHEREFORE**, undersigned counsel respectfully requests this Honorable Court grant this Motion to Withdraw and appoint new counsel for Defendant **Eulides Oliveros Lugo**, pursuant to the Criminal Justice Act.

Respectfully submitted,

**BATISTA & BATISTA, P.A.**
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida 33155
Telephone: (305) 267-5139
Facsimile: (305) 267-4108
e-mail: jrebatistalaw@gmail.com

By:   */s/ Jose' R. E. Batista*
**Jose' R.E. Batista, Esq.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using **CM/ECF**; on this 22nd day of September 2025.

*/s/ Jose' R. E. Batista*
**COUNSEL**

2