**BATISTA & BATISTA, P.A.**
ATTORNEYS AND COUNSELLORS AT LAW
7171 CORAL WAY, SUITE 400
MIAMI, FLORIDA 33155

JOSE R. E. BATISTA
RHADAMES C. BATISTA

TELEPHONE (305) 267-5139
FACSIMILE (305) 267-4108

---

September 19, 2025

To: The CJA Panel for the Southern District of Florida

RE:   RESIGNATION AS CJA COUNSEL
      Jose' R.E. Batista, FL Bar No. 0317251

To whom it may concern:

Due to medical reasons, I, Jose' R.E. Batista, Criminal defense attorney, hereby resign from the CJA Panel for the Southern District of Florida effective immediately; and I ask the CJA Committee to have another lawyer be appointed to represent each of my Federal clients.

I will be filing a Motion to withdraw as counsel of record for each client/defendant that I represent before this Court.

It has been an honor to have represented each client/defendant in Federal Court since 1981.

Respectfully,

*[signature]*
Jose' R.E. Batista, Esq.
Batista and Batista, P.A.
7171 Coral Way, Suite #400
Miami, Florida 33155
e-mail: jrebatistalaw@gmail.com
Cel. No.: (305) 978-3402