# COURT MINUTES
Page 1

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5      Date: 09/25/2025    Time: 1:30 P.M.

Defendant: Eulides Oliveros-Lugo    J#: 12518-506    Case #: 24-CR-20295-BECERRA

AUSA: Yvonne Rodriguez-Schack     Attorney: Israel Jose Encinosa-CJA

Violation: Conspiracy to Possess w/ Intent to Distribute; Possession w/ Intent to Distribute

Proceeding: Change of Plea     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at: STIP- $250K CSB W/ Nebbia W/Right to revisit.    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

Language: Spanish

Disposition:
**Brady Order Given 07/08/24**
Defendant sworn.
PSR Ordered.
Defendant shall remain in custody.
R&R to follow.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 13:32:07      Time in Court: 35 Mins