UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:24-20295-CR-BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EULIDES OLIVEROS-LUGO,

    Defendants.

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

COMES NOW, the Defendant, EULIDES OLIVEROS-LUGO by and through the undersigned attorney and move this Honorable Court to continue the sentencing hearing for a later date and in support of this motion states as follows:

1) The sentencing hearing for the Defendant, Eulides Oliveros-Lugo is scheduled for December 18, 2025, at 10:00 am.

2) The undersigned attorney has received permission to meet with two clients at ADX-Florence, Colorado on <u>December 17, 2025</u>. It is very difficult and it takes a long time to schedule visits with inmates at ADX-Florence.

3) The undersigned is scheduled to take the return flight from Colorado Springs, Colorado to Miami during the late afternoon of December 17, 2025 or early morning of December 18, 2025. Even if the undersigned was able to get a late

flight to Miami on December 17, 2025, the flight will not arrive in Miami until after 1:30 a.m. on December 18, 2025.

4) The undersigned attorneys have contacted Assistant United States Attorney, Yvonne Rodriguez-Schack in reference to this motion, and Ms. Rodriguez-Schack has informed the undersigned that she does not object to the granting of this motion and continuing Mr. Oliveros-Lugo sentencing hearing for a later date.

WHEREFORE FOR good cause shown, the Defendant respectfully requests that this Honorable Court enters an order continuing the Defendant's sentencing hearing for a later date.

Respectfully submitted,

**Israel Jose Encinosa, Esq.**
8950 SW 74th Court,
Suite 2201
Miami, Florida  33156-3181
Tel. (305) 804-6976
Fax. (305) 203-4707
E-mail: encinosalaw@reagan.com

By: /s/ *Israel Jose Encinosa*
Israel Jose Encinosa, Esq.
FBN 435007

## CERTIFICATE OF SERVICE

I HEREBY certify that on <u>December 1, 2025</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                By: /s/ *Israel Jose Encinosa*
                                                                    Israel Jose Encinosa, Esq.