UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:24-20295-CR-BACERRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EULIDES OLIVEROS-LUGO,

    Defendants.
_____/

### ORDER ON DEFENDANT OLIVEROS-LUGO'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

THIS CAUSE having come on for consideration upon the Defendant, Eulides Oliveros-Lugo's Unopposed Motion for Continuance of Sentencing Hearing, and after having reviewed said motion and being fully advised on the premises, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion for Continuance of Sentencing Hearing is hereby **Granted**. Mr. Oliveros-Lugo's sentencing hearing is continued to the \_\_\_\_ day of December, 2025, at _____ o'clock am/pm.

Done and Ordered this \_\_\_ day of December, 2025,

_____
Jacqueline Becerra, District Court Judge